ACKER v. BARNES

No. 37 PC.

Case below: 33 N.C. App. 750.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 4 October 1977.

BIG BEAR v. CITY OF HIGH POINT

No. 9 PC.

Case below: 33 N.C. App. 563.

Petition by defendant for discretionary review under G.S. 7A-31 allowed 12 September 1977.

HALL v. PIEDMONT and CRAWLEY v. PIEDMONT

No. 36 PC.

Case below: 33 N.C. App. 637.

Petition by defendants for discretionary review under G.S. 7A-31 denied 4 October 1977.

HOOVER v. KLEER-PAK

No. 18 PC.

Case below: 33 N.C. App. 661.

Petition by defendant for discretionary review under G.S. 7A-31 denied 12 September 1977.

McDOWELL v. DAVIS

No. 17 PC.

Case below: 33 N.C. App. 529.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 12 September 1977. Motion of defendants to dismiss appeal for lack of substantial constitutional question allowed 12 September 1977.